

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00196-CR

_____

BRYCE GRAY, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2011-432,028, Honorable John J. McClendon III, Presiding

September 4, 2013

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Bryce Gray, appeals his conviction for forgery of a financial instrument. The certification of right to appeal executed by the trial court states that this "is a plea bargain case and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time we allotted. Having

received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.